UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KIOXIA AMERICA, INC.,<br><br>Defendant. | Case No. 2-22-cv-00726-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Honorable Kimberly J. Mueller<br>Complaint Filed: April 28, 2022 |

Having considered Plaintiff Bell Semiconductor, LLC's ("Plaintiff") and Defendant Kioxia America, Inc.'s ("Defendant") (collectively the "Parties") Joint Stipulation for Extension of Time to Respond to Plaintiff's Initial Complaint (ECF No. 16), the Request is hereby **GRANTED.**

The Court, therefore, hereby advances and continues the deadline as follows:

1. The deadline for Defendant to answer, move, or otherwise plead in response to the Complaint is extended from May 25, 2022 to July 25, 2022.

**IT IS SO ORDERED.**

DATED: May 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE