UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KIOXIA AMERICA, INC.,<br><br>　　　　　　Defendant. | Case No. 2-22-cv-00726-KJM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THIS ACTION PURSUANT TO 28 U.S.C. § 1659 PENDING PARALLEL ITC ACTION**<br><br>Honorable Kimberly J. Mueller<br>Complaint Filed: April 28, 2022 |

### ORDER

Upon consideration of the Parties' Joint Stipulation, it is **HEREBY ORDERED** that this entire action is hereby **STAYED** pending the final resolution of *In the Matter of Certain Electronic Devices and Semiconductor Devices with Timing-Aware Dummy Fill and Components Thereof,* Investigation No. 337-TA-1319, including any appeals thereof.

**IT IS SO ORDERED.**

DATED: July 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIP TO STAY THIS MATTER;
Case No. 2-22-cv-00726-KJM-JDP

WEST\299066928.1