UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>KIOXIA AMERICA, INC. and KIOXIA CORPORATION,<br><br>    Defendants. | Case No. 2-22-cv-00726-KJM-JDP<br><br>**ORDER EXTENDING (1) TIME TO FILE JOINT STATUS REPORT AND (2) DECEMBER 15, 2022 STATUS CONFERENCE** |

Having considered Plaintiff Bell Semiconductor, LLC's ("Plaintiff") and Defendants Kioxia Corporation ("KIC") and Kioxia America, Inc.'s ("KAI") (both together, the "Defendants") (collectively, the "Parties"), Joint Stipulation for an extension of time (ECF 31), the stipulation is hereby **GRANTED.** Therefore, the court resets the deadlines as follows:

1. The December 15, 2022 status conference is reset for February 9, 2023 at 2:30 pm.
2. The parties will submit a joint status report 14 days before the February 9, 2023 status conference.

**IT IS SO ORDERED.**

DATED: December 1, 2022.

CHIEF UNITED STATES DISTRICT JUDGE