1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>KIOXIA AMERICA, INC.,<br><br>    Defendant. | No.  2:22-cv-00726-KJM-JDP |
| ------------------------------------------------ | |
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>KIOXIA AMERICA, INC.,<br><br>    Defendant. | No.  2:22-cv-01510-WBS-DB |

1

| | |
|---|---|
| 1    BELL SEMICONDUCTOR, LLC | |
| 2 | No.  2:22-cv-01797-WBS-DB |
| 3                 Plaintiff, | |
| 4      v. | |
| 5    KIOXIA AMERICA, INC., | |
| 6                 Defendant. | |
| 7 ---------------------------------------------------- | |
| 8    BELL SEMICONDUCTOR, LLC, | |
| 9                 Plaintiff, | No.  2:22-cv-01880-KJM-JDP |
| 10      v. | |
| 11    KIOXIA AMERICA, INC., | **RELATED CASE ORDER** |
| 12                 Defendant. | |

        Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  The "actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  E.D. Cal. L. R. 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely be convenient for the parties.

        The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge but does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

        As a result, it is hereby ORDERED 2:22-CV-01510-WBS-DB and 2:22-CV-01797-WBS-DB are reassigned from Judge Shubb to the undersigned and from Magistrate Judge Barnes to Magistrate Judge Peterson.

It is further ORDERED that the Clerk of the Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE