UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bell Semiconductor, LLC, | No. 2:22-cv-0726-KJM-JDP |
| Plaintiffs, | |
| v. | |
| Kioxia Corporation and Kioxia America, Inc., | |
| Defendants. | |
| Bell Semiconductor, LLC, | No. 2:22-cv-01510-KJM-JDP |
| Plaintiffs, | |
| v. | |
| Kioxia Corporation, | |
| Defendant. | |
| Bell Semiconductor, LLC, | No. 2:22-cv-01880-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Kioxia Corporation and Kioxia America, Inc., | |
| Defendants. | |

1

1     The joint motions to stay these actions are **granted**. Each of the actions captioned above

2 is stayed until **February 3, 2023**. The parties are directed to file a joint status report on their

3 settlement discussions on that date. All other dates and deadlines are **vacated**.

4     IT IS SO ORDERED.

5 DATED: January 10, 2023.

                                                  CHIEF UNITED STATES DISTRICT JUDGE